UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-02602-TLN-KJN |
| | No. 2:23-cv-02603-TLN-KJN |
| | No. 2:23-cv-02604-TLN-KJN |
| | No. 2:23-cv-02634-TLN-KJN |
| | No. 2:23-cv-02635-TLN-KJN |
| | No. 2:23-cv-02636-TLN-KJN |
| | No. 2:23-cv-02637-TLN-KJN |
| | No. 2:23-cv-02638-TLN-KJN |
| | No. 2:23-cv-02639-TLN-KJN |
| | No. 2:23-cv-02640-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2   the Court to open a new case for each attempted new case pleading and assign it to the
3   undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court
4   determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case
5   will be ordered dismissed and closed.  (*Id.*)
6       The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7   finds they are related to Plaintiff's Alameda County criminal conviction.
8       Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02602, 2:23-cv-02603, 2:23-
9   cv-02604, 2:23-cv-02634, 2:23-cv-02635, 2:23-cv-02636, 2:23-cv-02637, 2:23-cv-02638, 2:23-
10  cv-02639 and 2:23-cv-02640 are hereby DISMISSED.  The Clerk of the Court is directed to close
11  these cases.  No further filings will be accepted.
12      IT IS SO ORDERED.
13      Dated:   December 08, 2023

Troy L. Nunley
United States District Judge